IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC., et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **ANTHONEÉ PATTERSON, et al.,** <br><br> Defendants. | CIVIL ACTION <br><br> NO. 21-634-KSM |

### ORDER

**AND NOW**, this 19th day of March, 2021, upon consideration of The Trustees of the General Assembly of the Church of the Lord Jesus Christ of the Apostolic Faith, Inc.'s (the "Church Corporation") and the Church of the Lord Jesus Christ of the Apostolic Faith's (the "Church") (collectively, "Plaintiffs") Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 4-3); Defendant Anthoneé Patterson's response brief (Doc. No. 18); Defendant Sheriff Rochelle Bilal's response brief (Doc. No. 17); Plaintiffs' reply brief (Doc. No. 20); the evidence submitted and argument proffered during the evidentiary hearing held on February 23, 24, and 25, 2021; Plaintiffs' proposed findings of fact and conclusions of law (Doc. No. 34); Patterson's proposed findings of fact and conclusions of law (Doc. No. 32); Sheriff Bilal's proposed findings of fact and conclusions of law (Doc. No. 33); Plaintiffs' response (Doc. No. 35); and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**.

Defendants Anthoneé Patterson and Rochelle Bilal, in her official capacity as Sheriff of Philadelphia County, shall hereby be **ENJOINED** from enforcing against Plaintiffs the April 26,

2006 Arbitration Adjudication, May 8, 2006 Supplemental Adjudication, July 25, 2006 Final Adjudication, Writ of Possession, or any other order or adjudication in the matter of *Patterson v. Shelton*, July Term 1995, No. 2945 (CCP Phila. Cnty.) and from attempting to take control of the Church or any property of the Church or Church Corporation.  Neither Defendants, nor anyone associated with Defendants, shall attempt to take control of the Church or Church Corporation, establish any rules or regulations or set elections for the Church or Church Corporation, take control of any property or assets of the Church or the Church Corporation, prohibit any Church members from worshiping in the Church's sanctuary, or prohibit Bishop Kenneth Shelton from acting as General Overseer and spiritual leader of the Church.

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.