UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1662
_____

THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE
LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC.; CHURCH OF THE
LORD JESUS CHRIST OF THE APOSTOLIC FAITH

v.

ANTHONEE PATTERSON; ROCHELLE BILAL, IN HER OFFICIAL CAPACITY AS
SHERIFF OF PHILADELPHIA COUNTY

ANTHONEE PATTERSON,
Appellant

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:2-21-cv-00634)
District Judge: Honorable Karen S. Marston

_____

Argued December 8, 2021

_____

Before: SHWARTZ, PORTER, and FISHER, Circuit Judges.

_____

JUDGMENT

_____

This cause came to be considered on the record of the United States District Court

for the Eastern District of Pennsylvania and argued on December 8, 2021.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court
that the judgment of the District Court entered on March 19, 2021, is hereby

AFFIRMED. Costs shall be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: December 21, 2021

**Certified as a true copy and issued in lieu of a formal mandate on** ___01/12/2022___

**Teste:** *Patricia A Dodszuweit*

**Clerk, U.S. Court of Appeals for the Third Circuit**