IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC., et al.,**<br><br>Plaintiffs,<br><br>*v.*<br><br>**ANTHONEÉ PATTERSON, et al.,**<br><br>Defendants. | CIVIL ACTION<br><br>NO. 21-634-KSM |

## ORDER

**AND NOW**, this 14th day of January, 2022, counsel having requested to withdraw as the Defendant Anthoneé Patterson's attorneys (Doc. No. 42), it is **ORDERED** that a hearing to show cause why Conrad O'Brien P.C. should **not** be permitted to withdraw as counsel for the Plaintiff is scheduled for **January 21, 2022** at **1:00 p.m.** in Courtroom 15B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Petitioners shall serve a copy of this Order and the motion to withdraw as counsel upon Defendant Patterson via email and by regular mail. Petitioners shall forward Chambers a certificate of service prior to the hearing.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.