UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC., <br><br> and <br><br> CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, <br><br>  Plaintiffs, <br><br>  v. <br><br> ANTHONEÉ PATTERSON, <br><br>  and <br><br> ROCHELLE BILAL, <br><br>  Defendants. | No. 21-cv-00634 |

## CERTIFICATE OF SERVICE

I, Kevin Dooley Kent, Esquire certify that on January 14, 2022, I caused a true and correct copy of the Court's January 14, 2022 Order (scheduling a hearing to show why Conrad O'Brien P.C. should not be permitted to withdraw as counsel for Defendant Anthoneé Patterson) to be transmitted by email and regular mail to the addressee below:

Bishop Anthoneé Patterson
1544 West 25th Street
Jacksonville, FL 32209
anthoneep@aol.com

Dated:  January 18, 2022                                    *s/Kevin Dooley Kent*_____
                                                                                        Kevin Dooley Kent