IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC., et al.,** <br><br> Plaintiffs, <br><br> *v.* <br><br> **ANTHONEÉ PATTERSON, et al.,** <br><br> Defendants. | CIVIL ACTION <br><br> NO. 21-634-KSM |

## ORDER

**AND NOW**, this 21st day of January, 2022, upon consideration of Conrad O'Brien P.C.'s motion to withdraw as Defendant Anthoneé Patterson's attorneys (Doc. No. 42), and following a show cause hearing, it is **ORDERED** that the motion is **DENIED without prejudice**.[1]

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.

---

[1] The Court notes the complicated nature of this action, and that Conrad O'Brien failed to provide any documentation supporting its position that continued representation will result in unreasonable financial burden (e.g., Conrad O'Brien has not shown the amount of unpaid legal fees it has incurred to date). Indeed, during the hearing, Conrad O'Brien stated that the firm had negotiated a fee—which Defendant Patterson paid—for the appeal before the Third Circuit. Nor did the firm definitively rule out the possibility that it would represent Patterson on a petition to the Supreme Court.