IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC., et al.,** | CIVIL ACTION |
| Plaintiffs, | |
| *v.* | NO. 21-634-KSM |
| **ANTHONEÉ PATTERSON, et al.,** | |
| Defendants. | |

## ORDER

**AND NOW**, this 31st day of January, 2022, upon consideration of Conrad O'Brien P.C.'s motion to withdraw as Defendant Anthoneé Patterson's attorneys (Doc. No. 47), it is **ORDERED** that the motion is **GRANTED**. Defendant Patterson shall have new counsel enter an appearance within **30 days from the date of this Order**. If counsel has not entered an appearance by then, the Court will proceed with scheduling a preliminary pretrial conference with Patterson proceeding as *pro se*.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.