IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC., et al.,**<br><br>Plaintiff,<br><br>*v.*<br><br>**ANTHONEÉ PATTERSON, et al.,**<br><br>Defendant. | CIVIL ACTION<br><br>NO. 21-634-KSM |

## ORDER

**AND NOW**, this 18th day of July, 2022, Plaintiffs having filed an Amended Complaint (Doc. No. 67), it is **ORDERED** that Defendant Rochelle Bilal's First Motion to Dismiss for Lack of Jurisdiction (Doc. No. 66) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.