IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC., et al.,** <br><br> Plaintiffs, <br><br> *v.* <br><br> **ANTHONEÉ PATTERSON, et al.,** <br><br> Defendant. | CIVIL ACTION <br><br> NO. 21-634-KSM |

## ORDER

**AND NOW**, this 14th day of November, 2022, upon consideration of Defendant Rochelle Bilal's Motion to Dismiss (Doc. No. 69) and Defendant Anthoneė Patterson's Motion to Dismiss (Doc. No. 77), Plaintiffs' responses (Doc. Nos. 72, 80), and Sheriff Bilal's reply (Doc. No. 73), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Sheriff Bilal's Motion to Dismiss (Doc. No. 69) is **GRANTED** on mootness grounds, and she is **DISMISSED** as a Defendant in this case.

2. Patterson's Motion to Dismiss (Doc. No. 77) is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.