IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ANTHONEÉ PATTERSON, et al.,**<br><br>Defendant. | CIVIL ACTION<br><br>NO. 21-634-KSM |

## ORDER

**AND NOW**, this 14th day of November, 2022, upon consideration of Defendant Anthoneė Patterson's Motions to Dissolve (Doc. No. 51), to Supplement (Doc. No. 58), and to Take Judicial Notice (Doc. No. 52), and Plaintiffs' responses (Doc. Nos. 61, 62), and Patterson's reply (Doc. No. 63), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Patterson's Motion to Dissolve (Doc. No. 51) and Motion to Supplement (Doc. No. 58) are **DENIED**.

2. Patterson's Motion to Take Judicial Notice (Doc. No. 52) is **GRANTED in part and DENIED in part**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.