IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONEÉ PATTERSON, et al.,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 21-634-KSM |

## ORDER

**AND NOW**, this 25th day of April, 2023, upon consideration of Defendant Anthoneé Patterson's Motion for Leave to File Third Party Complaint (Doc. No. 97) and Motion to Amend or Correct (Doc. No. 93), Sections E and F of Plaintiffs' The Trustees of the General Assembly of the Church of the Lord Jesus Christ of the Apostolic Faith, Inc. ("Church Corporation") and the Church of the Lord Jesus Christ of Apostolic Faith's ("Church") Motion to Dismiss Patterson's Counterclaims and Strike Third Party Complaint (Doc. No. 96), and the remainder of the parties' briefing on these motions, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Court **DISMISSES** Patterson's third party complaint for lack of subject matter jurisdiction.

2. Plaintiffs' motion to strike (Sections E and F of Doc. No. 96), Patterson's Motion for Leave to File Third Party Complaint (Doc. No. 97), and the remainder of Patterson's Motion to Amend or Correct (Doc. No. 93) are **DENIED as moot**.

3. The Stay the Court entered on February 9, 2023 (Doc. No. 100) is **LIFTED**.

4. Patterson shall respond to Sections A-D of Plaintiffs' Motion to Dismiss (Doc. No. 96) by **May 9, 2023**.  Plaintiffs shall file a reply, if appropriate, by **May 16, 2023**.

5. Plaintiffs shall respond to Patterson's Motion to Take Judicial Notice (Doc. No. 98) by **May 9, 2023**.  Patterson may file a reply, if appropriate, by **May 16, 2023**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.