IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC., et al.,**<br><br>Plaintiffs,<br><br>*v.*<br><br>**ANTHONEÉ PATTERSON, et al.,**<br><br>Defendant. | CIVIL ACTION<br><br>NO. 21-634-KSM |

## ORDER

**AND NOW**, this 1st day of June, 2023, upon consideration of Plaintiffs' The Trustees of the General Assembly of the Church of the Lord Jesus Christ of the Apostolic Faith, Inc. ("Church Corporation") and the Church of the Lord Jesus Christ of Apostolic Faith's ("Church") Motion to Dismiss Patterson's Counterclaims, Sections A–D (Doc. No. 96), Defendant Anthoneé Patterson's response (Doc. No. 122), Plaintiffs' reply (Doc. No. 123), and Patterson's sur-reply (Doc. No. 124), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiffs' motion (Doc. No. 96) is **GRANTED in part** and **DENIED in part**.

2. Patterson's breach of fiduciary duty and RICO counterclaims are **DISMISSED with prejudice**.

3. Patterson's abuse of process/malicious use of civil process counterclaim is **DISMISSED without prejudice**. If Patterson chooses to amend, he must do so by **June 15, 2023**.

4. Plaintiffs' motion to dismiss is **DENIED** as to the declaratory judgment counterclaim.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.