**IN THE UNITED STATES DISTRICY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| THE TRUSTEES OF THE GENERAL | : | |
| ASSEMBLY OF THE CHURCH OF THE | : | CIVIC ACTION |
| LORD JESUS CHRIST OF THE | : | |
| APOSTOLIC FAITH, INC., et al., | : | NO. 21-634-KSM |
|    Plaintiffs | : | |
|    v. Defendant | : | |
| ANTHONEE PATTERTSON, ET AL., | : | |
| | : | |

**STIPULATION OF DISMISSAL OF ACTION**

**WITH PREJUDICE**

Plaintiff, Trustees of the General Assembly of the Church of the Lord Jesus Christ of the Apostolic Faith, Inc., and Defendant Bishop Anthonee Patterson stipulate under Federal Rule of Civil Procedure (FRCP) 41 (a) (1) (ii) that this action be dismissed with prejudice as to all claims, causes of actions, and parties, with each party bearing party's own attorney's fees and costs.

The parties further agree and stipulate that this action is being dismissed with prejudice as a result of similar claims (that the Trustees and the Church were not parties to the Common Law Arbitration or that certain civil rights are, or have been violated) having been raised, dismissed, adjudicated and or withdrawn by Plaintiff in other Federal or state court actions to wit:

a) Before the Honorable Retired Magistrate Judge Naythons, CCP July Term 1995 No. 0914.
b) CCP October Term, ,2006, No. 4639.
c) Philadelphia Orphans Court 1134 NP 2006, August Term; No. 2338 CD 2006.
d) Before the Honorable Judge Padova 94-CV-4712;
Before the Honorable Judge Pratter; Civil No. 06-cv-01934;
and Civil No. 07-cv-0024
e) Before the Honorable Judge Lynn…CCP July Term, 1995 No. 2945 12/30/2005.
f) In the State of Maryland 24-C-06-011595.
g) In State of New Jersey No, C-208-06 and NJ Federal District 2007 cv 2215.,

and pursuant to FRCP 41(1)(B), that this dismissal shall operate as an adjudication on the merits. Counsel for the Trustees has been terminated effective February 25, 2023 without any timely objection.  (See attached exhibit "A" dismissal letter.)

Dated: August 7, 2023

_____ President

For the Plaintiff, The Trustees of the General Assembly of the Church of the Lord Jesus Christ of the Apostolic Faith, Inc.

Dated: August 7, 2023

_____

For the Defendant Bishop Anthoneé Patterson

**IN THE UNITED STATES DISTRICY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE TRUSTEES OF THE GENERAL** | : | |
| **ASSEMBLY OF THE CHURCH OF THE** | : | **CIVIC ACTION** |
| **LORD JESUS CHRIST OF THE** | : | |
| **APOSTOLIC FAITH, INC., et al.,** | : | **NO. 21-634-KSM** |
| **Plaintiffs** | : | |
| **v.** | : | |
| **ANTHONEE PATTERTSON, ET AL.,** | : | |
| **Defendant** | : | |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated: _____

_____

UNITED STATED DISTRICT JUDGE

EXHIBIT "A"



**THE TRUSTEES OF THE GENERAL ASSEMBLY**

February 25, 2023

Michael Twersky, Partner
Fox Rothschild LLP
980 Jolly Road, Suite 110
Blue Bell, PA 19422

RE:  TERMINATION OF LEGAL REPRESENTATION OF
THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS
CHRIST OF THE APOSTOLIC FAITH, INC.

Dear Mr. Twersky:

Your services as counsel to The Trustees of the General Assembly of the Church of the Lord Jesus Christ of the Apostolic Faith, Inc. and your firm Fox Rothchild LLP, is hereby terminated. Pursuant to the Order of Judge Marston February 22, 2023 and the binding common law arbitration enforcement, Kenneth Shelton is removed as President forthwith.

My assumption of duties as Presidents has created a conflict of interest with you which cannot be waived. This termination is in no way intended to affect any representation you may have for any individual or for the Church or General Assembly.  You are not authorized to take any further action on behalf of the Corporate Trustees. Please withdraw your representation of the Corporation effective immediately.

In addition any further correspondence with the Trustees in their corporate positions must cease immediately.  All correspondence must be sent to my attention as President to the email below.  Any pending bills or future bills will be subject to my review. Please forward a digital copy of the entire file including all bills paid or/and outstanding.

Sincerely,

Bishop Anthonee J. Patterson
President

**THE TRUSTEES OF THE GENERAL ASSEMBLY**
**OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC.**
APOSTOLIC SQUARE  | 701 SOUTH 22ND STREET | PHILADELPHIA, PA 19146-1237 | 267-251-4757
**BISHOP ANTHONÉE J. PATTERSON**, PRESIDENT | PRESIDENTPATTERSON701@GMAIL.COM