IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC., et al.,**<br><br>  Plaintiffs,<br><br>  *v.*<br><br>**ANTHONEÉ PATTERSON, et al.,**<br><br>  Defendants. | CIVIL ACTION<br><br>NO. 21-634-KSM |

## ORDER

**AND NOW,** this 18th day of August, 2023, upon consideration of Defendant Anthoneé Patterson's Motion to Alter or Amend the Court's June 1, 2023 Order (Doc. No. 127), Motion for Relief from Judgment from the same Order, Motion for Interlocutory Appeal, and Motion to Take Judicial Notice (Doc. No. 129), it is **ORDERED** as follows:

1. The Motion to Alter or Amend the Court's June 1, 2023 Order is **DENIED**.

2. The Motion for Relief from Judgment from the Court's June 1, 2023 Order is **DENIED**.

3. The Motion for Interlocutory Appeal is **DENIED**.

4. The Motion to Take Judicial Notice is **GRANTED** in part and **DENIED** in part.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.