IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

THE TRUSTEES OF THE GENERAL          :
ASSEMBLY OF THE LORD JESUS           :
CHRIST OF THE APOSTOLIC FAITH,       :
INC., et al.,                        :          CIVIL ACTION
                                     :
        Plaintiffs,                  :
                                     :
        v.                           :          NO. 21-634-KSM
                                     :
ANTHONÉE PATTERSON, et al.,          :
                                     :
        Defendants                   :
_____

## DEMAND FOR JURY TRIAL

Defendant Anthonée Patterson hereby demands a Jury Trial in the above-captioned

matter in the event the Court refuses to dismiss the Temporary Injunction for lack of jurisdiction

or under any other principle of law.


Respectfully submitted,

*/s/ Bishop Anthonée J. Patterson*
Bishop Anthonée J. Patterson
1544 W. 25th Street
Jacksonville, FL  32209
(904) 386-3108
Email:  anthoneep@aol.com

Defendant Pro Se

Dated November 10, 2023

## CERTIFICATE OF SERVICE

I, Anthonée J. Patterson, Pro Se,  hereby certify that on November 10, 2023 a true and correct copy of the foregoing Demand For Jury Trial filed under No. 21-634-KSM to be served via Electronic Email and/or U.S. First Class Mail upon the following:

Honorable Karen S. Marston
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

Michael K. Twersky, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103-7098
mtwersky@foxrothschild.com

*/s/ Bishop Anthonée J. Patterson*
Bishop Anthonée J. Patterson
1544 W. 25th Street
Jacksonville, FL  32209
Email:  anthoneep@aol.com

Defendant Pro Se