UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1306

_____

THE TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC.; CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH

v.

ANTHONEE PATTERSON; ROCHELLE BILAL, in her
official capacity as Sheriff of Philadelphia County

ANTHONEE PATTERSON,
Third Party Plaintiff
v.

LUTHER WEAVER Esq., individually, in his role as attorney; FOX ROTHSCHILD LLP; L.E. WEAVER & ASSOCIATES, P.C.; JOHN/JANE DOES 1-30; MICHAEL TWERSKY ESQ., individually and in his role as attorney for The Trustees of the General Assembly; STRADLEY RONON STEVEN & YOUNG; DANIELLE BANKS ESQ., individually and in her role as attorney for Kenneth Shelton, individually and as General Overseer and President of the board of Trustees, Stradley Ronon Steven & Young; ROBERT A. BURKE; ANTHONY LAMB, individually and in his role as Trustee of the Church of the Lord Jesus Christ of the Apostolic Faith; JOHN CARLTON THOMAS, individually and in his role as Trustee of the Church of the Lord Jesus Christ of the Apostolic Faith; JAMES BROWN, individually and in his role as Trustee of the Church of the Lord Jesus Christ of the Apostolic Faith; LEON BLIGEN, individually and in his role as Trustee of the Church of the Lord Jesus Christ of the Apostolic Faith; JOHNNY BROWN ESQ., individually, in his role as attorney, and in his role as Trustee of the Church of the Lord Jesus Christ of the Apostolic Faith,
Third Party Defendants

Anthonee Patterson,
Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:21-cv-00634)
District Judge: Honorable Karen S. Marston

Submitted Pursuant to Third Circuit LAR 34.1(a)
April 10, 2025

Before: KRAUSE, PHIPPS, and ROTH, Circuit Judges

**JUDGMENT**

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on April 10, 2025. On consideration whereof,

It is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered February 16, 2024, be and the same is hereby affirmed. Costs taxed against the appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 6, 2025

Costs taxed in favor of Appellees
Trustees of the General Assembly
of the Church of the Lord Jesus Christ of
the Apostolic Faith Inc and Church of the
Lord Jesus Christ of the Apostolic Faith as follows:

Brief………………………………………. $352.8
Appendix…………………………………..$1863.2
Total………………………………………..$2,216

Certified as a true copy and issued in lieu of a formal mandate on August 7, 2025
Teste: Patricia A Dodszuweit
Clerk, U.S. Court of Appeals for the Third Circuit